THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Javier Lugo Leyva*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JAVIER LUGO LEYVA, aka JOSE JULIAN CORDOVA OBRADOR, aka PEDRO CASTRO-MEDINA,<br><br>       Defendant. | CASE NO.: 2:18-cr-400-JAD-EJY-2<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(SECOND REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant Javier Lugo Leyva, by and through his attorney, Thomas A. Ericsson, Esq., and the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Kevin Schiff, Assistant United States Attorney, that the sentencing hearing currently scheduled for February 24, 2020, at the hour of 1:30 p.m., be vacated and continued for at least two weeks to a date and time that is convenient to this Honorable Court. Defense Counsel requests that the Court not schedule the sentencing on Friday, March 13, 2020, as Defense Counsel will be unavailable on that date.

The request for a continuance is based upon the following:

1. Defense Counsel is working on mitigation issues that must be finalized before sentencing.

2. Counsel for Mr. Leyva has spoken with AUSA Kevin Schiff, and the Government agrees to the continuance.

3. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

4. The additional time requested herein is not sought for the purposes of undue delay.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED: February 20, 2020

Respectfully submitted,

/s/ Thomas A. Ericsson
Thomas A. Ericsson, Esq.
Oronoz & Ericsson, LLC
1050 Indigo Dr., Suite 120
Las Vegas, Nevada 89145
Attorney for Defendant Leyva

/s/ Kevin Schiff
Kevin Schiff, Esq.
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada, 89101
Attorney for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JAVIER LUGO LEYVA, aka JOSE JULIAN CORDOVA OBRADOR, aka PEDRO CASTRO-MEDINA,<br><br>       Defendant. | CASE NO.:    2:18-cr-400-JAD-EJY-2<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel is working on mitigation issues that must be finalized before sentencing.

2. Counsel for Mr. Leyva has spoken with AUSA Kevin Schiff, and the Government agrees to the continuance.

3. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

4. The additional time requested herein is not sought for the purposes of undue delay.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant

1  the opportunity to appear for his sentencing hearing, taking into account the exercise of due

2  diligence.

3                                      **ORDER**

4        IT IS THEREFORE ORDERED that the Sentencing date in this matter scheduled for

5  February 24, 2020, be vacated and continued to March 16, 2020, at the hour of 10:30 a.m.

6

7        DATED this 21st day of February, 2020.

8

9

10  _____
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28