THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Javier Lugo Leyva*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER LUGO LEYVA, aka JOSE JULIAN CORDOVA OBRADOR, aka PEDRO CASTRO-MEDINA,<br><br>Defendant. | CASE NO.:   2:18-cr-400-JAD-EJY-2<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(THIRD REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant Javier Lugo Leyva, by and through his attorney, Thomas A. Ericsson, Esq., and the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Kevin Schiff, Assistant United States Attorney, that the sentencing hearing currently scheduled for March 16, 2020, at the hour of 10:30 a.m., be vacated and continued for at least forty-five (45) days to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Due to the national health crisis because of COVID-19, the parties request that the sentencing in this case be continued. Defense Counsel's firm has potentially high-risk employees, and Defense Counsel is trying to minimize contact with public spaces at this time.

2. Mr. Leyva is in custody and will be serving a minimum of a ten (10) year sentence. Mr. Leyva will not be prejudiced by the continuance.

Page 1

3. Counsel for Mr. Leyva has spoken with AUSA Kevin Schiff, and the Government agrees to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED: March 12, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Kevin Schiff* |
| Thomas A. Ericsson, Esq. | Kevin Schiff, Esq. |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Dr., Suite 120 | District of Nevada |
| Las Vegas, Nevada 89145 | 501 Las Vegas Blvd. South, Suite 1100 |
| Attorney for Defendant Leyva | Las Vegas, Nevada, 89101 |
| | Attorney for the United States of America |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAVIER LUGO LEYVA, aka JOSE JULIAN CORDOVA OBRADOR, aka PEDRO CASTRO-MEDINA,<br><br>　　　　　Defendant. | CASE NO.:　2:18-cr-400-JAD-EJY-2<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Due to the national health crisis because of COVID-19, the parties request that the sentencing in this case be continued. Defense Counsel's firm has potentially high-risk employees, and Defense Counsel is trying to minimize contact with public spaces at this time.

2. Mr. Leyva is in custody and will be serving a minimum of a ten (10) year sentence. Mr. Leyva will not be prejudiced by the continuance.

3. Counsel for Mr. Leyva has spoken with AUSA Kevin Schiff, and the Government agrees to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant the opportunity to appear for his sentencing hearing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the Sentencing date in this matter scheduled for March 16, 2020, be vacated and continued to May 4, 2020, at the hour of 9:30 a.m.

DATED: March 12, 2020.

_____
UNITED STATES DISTRICT JUDGE